IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHANTILLA KENT**                                                                                      **PLAINTIFF**

v.                                          **CASE NO. 4:23-CV-00673-BSM**

**ENGAGEMED INC.,** *et al.*                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23nd day of August 2024.

_____
UNITED STATES DISTRICT JUDGE